IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:    18 U.S.C. §§ 113(a)(7) and |
| | ) | 1153 |
| HOUSTON JAMES KIRKALDIE | ) | |

**Assault of a Dating Partner Resulting in Substantial Bodily Injury**

The Grand Jury Charges:

On or about February 1 - 2, 2014, in the District of North Dakota, in Indian

country, and within the exclusive jurisdiction of the United States,

HOUSTON JAMES KIRKALDIE,

an Indian, assaulted an intimate and dating partner, namely, S.W., which assault resulted

in substantial bodily injury to S.W.;

In violation of Title 18, United States Code, Sections 113(a)(7) and 1153.

A TRUE BILL:

/s/ Grand Jury Foreperson_____
Foreperson

/s/ Timothy Q. Purdon_____
TIMOTHY Q. PURDON
United States Attorney

RLV:rab