UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

USA,

        Plaintiff,

  v.                                                          Case No. 4:14-cr-026
                                                                       4:14-cr-049

Houston James Kirkaldie,

        Defendant.

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date:   May 11, 2015 |
| Bismarck, North Dakota | Time:   10:00 a.m. |
| Court Reporter: Sandie Ehrmantraut | Recess: 10:40 a.m. |
| Proceeding:  Sentencing Hearing | Clerk:   Judy L. Reile |
| Appearances: | USPO:  Dave Hohn (via video) |
|     Rick L.Volk, AUSA, for Plaintiff | |
|     Guy L. Womack, Retained Attorney, for Defendant | |

Court notes appearance of counsel.
The parties have no factual disputes as to the Presentence Investigation Report.
The parties agree to adjustment in the Sentencing Guideline calculations.
Court entertains sentencing recommendations from the parties.
Government moves for dismissal of Indictment in Case No. 4:14-cr-026.
Defendant addresses the Court.
Court dismisses Indictment in Case No. 4:14-cr-026.
Sentence imposed in Case No. 4:14-cr-049.
The defendant informed of his right to appeal.
Court in recess.